# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Statesboro Division

2008 JUL -9 AM 11: 22

United States of America )
v. )
) Case No: CR604-00010-009
Jermaine McKeever )
) USM No: 11984-021
Date of Previous Judgment: March 2, 2005 ) Charles W. Barrow
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 29        Amended Offense Level: 27
Criminal History Category: III    Criminal History Category: III
Previous Guideline Range: 108 to 135 months    Amended Guideline Range: 87 to 108 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
The Court will not reduce the defendant's sentence for all the reasons given by the Court at the original sentencing when the Court departed above the advisory guideline range. The Court imposed a sentence of 175 months based on the defendant's criminal conduct, his attempt to mislead the Court with respect to his offense behavior, and his complete irresponsibility in bringing ten children into the world and supporting none of them. The Court also denies the defendant's motion for a <u>Kimbrough</u> reduction.

Except as provided above, all provisions of the judgment dated March 2, 2005, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7-9-2008

Judge's Signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia
Printed name and title

Effective Date: _____
(if different from order date)